**John D. STRASSINI, Plaintiff–
Appellant,**

v.

**Mr. DODRILL; Doctor Friedman; Mrs.
Harliss; Mr. Elli; Warden Beeler;
Ms. Elsea; Mr. Lunsford; Julia Cle-
mens; Mr. Sweder; Ken Davis; Doc-
tor Shimm; Doctor Bush; Jon Cro-
gan, Captain; Manager James, S.I.S.;
Lieutenant Smith; Lieutenant Mos-
car; Ms. Maynard, Defendants–Appel-
lees.**

No. 02–6194.

United States Court of Appeals,
Fourth Circuit.

Submitted March 21, 2002.

Decided April 1, 2002.

John D. Strassini, Appellant Pro Se. Ru-
dolf A. Renfer, Jr., Assistant United States
Attorney, Raleigh, North Carolina, for Ap-
pellees.

Before NEIMEYER, WILLIAMS, and
MICHAEL, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

John D. Strassini appeals the district
court's order denying relief on his action
pursuant to *Bivens v. Six Unknown
Named Agents of Fed. Bureau of Narcot-
ics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d
619 (1971). We have reviewed the record
and the district court's opinion and find no
reversible error. Accordingly, we affirm
on the reasoning of the district court. *See
Strassini v. Dodrill,* No. CA–00–759–5–H
(E.D.N.C. Jan. 16, 2002). We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED.*